HOYER & HICKS
Richard A. Hoyer (SBN 151931)
rhoyer@hoyerlaw.com
Ryan L. Hicks (SBN 260284)
rhicks@hoyerlaw.com
Nicole B. Gage (SBN 318005)
ngage@hoyerlaw.com
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
*tel* (415) 766-3539
*fax* (415) 276-1738

UNITED EMPLOYEES LAW GROUP, PC
Walter Haines (SBN 71075)
walter@whaines.com
5500 Bolsa Avenue, Suite 201
Huntington Beach, CA 92649
*tel* (562) 256-1047
*fax* (562) 256-1006

Attorneys for Plaintiffs
AGUSTIN BENITEZ, CARLOS MORALES,
and STEVEN VILLARREAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUSTIN BENITEZ, CARLOS MORALES, and STEVEN VILLARREAL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTERN MILLING, LLC and KRUSE INVESTMENT COMPANY, INC.,<br><br>Defendants. | Case No. 1:18-cv-01484-DAD-SKO<br><br>CLASS ACTION<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT; ORDER THEREON**<br><br>**(Doc. 7)**<br><br>Action filed: October 25, 2018 |

Pursuant to Civil Local Rule 144(a), Plaintiffs AGUSTIN BENITEZ, CARLOS MORALES, and STEVEN VILLARREAL (collectively "Plaintiffs"), and Defendants

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT          1

WESTERN MILLING, LLC and KRUSE INVESTMENT COMPANY, INC ("Defendants"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs served their Complaint (ECF #1) on Defendants on November 15, 2018;

WHEREAS, Plaintiffs and Defendants have agreed to extend the time for Defendants to respond to Plaintiffs' complaint until January 11, 2019;

WHEREAS, the additional time for Defendants' response to Plaintiffs' Complaint will not alter the date of any event or deadline already fixed by Court order;

WHEREAS, the parties agree that the new due date agreed of the response to Plaintiffs' Complaint requested by this stipulation will be treated as if it were the original date set for said response.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that Defendants have until January 11, 2019 to file an answer or other responsive pleading to Plaintiffs' Complaint.

Date: December 5, 2018   HOYER & HICKS

/s/ Ryan L. Hicks
Richard A. Hoyer
Ryan L. Hicks
Nicole B. Gage
*Attorneys for Plaintiffs*

Date: December 5, 2018   SAGASER, WATKINS & WIELAND, PC

/s/ Chris Rusca (Auth. 12/5/18)
Ian Wieland
Chris Rusca
*Attorneys for Defendants*

**ORDER**

Pursuant to the parties' above-stipulation (Doc. 7), and good cause appearing therefor, the Court GRANTS the parties' request to extend Defendants' deadline to file a response to Plaintiffs' Complaint until January 11, 2019.

IT IS SO ORDERED.

Dated: **December 6, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE