UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUSTIN BENITEZ, CARLOS MORALES, and STEVEN VILLAREAL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN MILLING, LLC and KRUSE INVESTMENT COMPANY, INC.,<br><br>Defendants. | No. 1:18-cv-01484-DAD-SKO<br><br>ORDER GRANTING JOINT STIPULATION TO STAY<br><br>(Doc. No. 14) |

On February 7, 2019, the parties filed a joint stipulation to stay this action. (Doc. No. 14.) Pursuant to that stipulation, the parties agree and jointly request that the court stay the instant action for one hundred and fifty (150) days to allow the parties to engage in a global mediation of all matters presently before the court. The parties stipulate that they are currently meeting and conferring to select a mediator and a mediation date, and the parties believe that they will be able to select a mediator and complete mediation within one hundred and fifty (150) days. (*Id.* at 2–3.)

Having reviewed the entire file and the parties' stipulation, the court finds good cause to stay the proceedings in this case pending completion of the mediation. Accordingly, and pursuant to the parties' stipulation:

1

1. The proceedings in this case shall be stayed until July 8, 2019;
2. Defendants' motion to dismiss filed December 6, 2018 (Doc. No. 8), is denied without prejudice to its refiling[1] and noticing for hearing after the expiration of the stay on July 8, 2019;
3. The scheduling conference in this case is continued to January 28, 2020;
4. The joint scheduling report is due on January 21, 2020;
5. All previously set hearings, dates, and deadlines, including the February 20, 2019 hearing on the motion to dismiss and the May 2, 2019 scheduling conference, are vacated.
6. The parties shall file a joint status report every fifty (50) days advising the court of the status of the mediation; and
7. The parties are required to notify the court that mediation has concluded within three (3) days of that occurring.

IT IS SO ORDERED.

Dated: **February 11, 2019**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

---

[1] If the motion is refiled it may be done merely by the filing of a new notice of hearing date on the motion incorporating by reference the arguments presented in the motion filed December 6, 2018.