UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUSTIN BENITEZ, CARLOS MORALES, and STEVEN VILLAREAL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN MILLING, LLC and KRUSE INVESTMENT COMPANY, INC.,<br><br>Defendants. | No. 1:18-cv-01484-DAD-SKO<br><br>ORDER GRANTING JOINT STIPULATION TO STAY<br><br>(Doc. No. 18) |

On February 11, 2019, the court issued an order staying this action for one hundred and fifty (150) days pursuant to the stipulation of the parties to allow them to engage in a global mediation of all matters presently before the court. (Doc. No. 15.) As required by that order, on May 20, 2019, the parties filed a joint status report informing the court that they have "reached a tentative settlement agreement" and are "working on a long form settlement agreement and the details of the settlement." (Doc. No. 17 at 2.) On that same date, the parties filed the pending stipulation seeking to have this action stayed for an additional one hundred and eighty (180) days to allow them to prepare a global long form settlement agreement. (Doc. No. 18.) The parties stipulate that extending the current stay will allow them to settle a related matter—*Villarreal v.*

/////

1

*Perfection Pet Food*, JAMS Ref. No. 1100087703—that must be resolved prior to finalizing the pending action. (*Id.* at 3.)

Having carefully reviewed the entire file and the parties' stipulation, the court finds good cause to further stay the proceedings in this case. Accordingly, and pursuant to the parties' stipulation,

1. The stay in this action is extended until January 3, 2020;
2. Defendants may refile their notice of motion and motion to dismiss after the expiration of the stay;
3. The scheduling conference is continued to March 10, 2020;
4. The joint scheduling report is now due on March 3, 2020;
5. All previously set hearings, dates, and deadlines, are vacated;
6. The parties shall file a joint status report every fifty (50) days updating the court on the status of the global long form settlement agreement; and
7. The parties are required to notify the court that the global long form settlement agreement has been finalized within three (3) days of that occurring.

IT IS SO ORDERED.

Dated: **May 21, 2019**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE