# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTIN BENITEZ, ET. AL., <br><br> Plaintiffs, <br><br> v. <br><br> WESTERN MILLING, LLC., ET. AL. <br><br> Defendants. | 1:18-cv-01484 DAD SKO <br><br> NEW CASE NUMBER: <br><br> **1:18-cv-01484 SKO** <br><br> **ORDER REASSIGNING CASE** |

All parties in the above-captioned case have consented to magistrate judge jurisdiction over this action for all purposes, including trial and entry of final judgment, pursuant to 28 U.S.C. §636(c)(1). (Doc. Nos. 20, 21.) Accordingly, this court reassigns this action to the docket of United States Magistrate Judge Sheila K. Oberto for all further proceedings, including trial and entry of judgment, pursuant to 28 U.S.C. § 636(c)(1).

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents filed in this action.

**1:18-cv-01484 SKO**

IT IS SO ORDERED.

Dated: **July 11, 2019**

_____
UNITED STATES DISTRICT JUDGE

1