| | |
|---|---|
| 1 | HOYER & HICKS |
| | Richard A. Hoyer (SBN 151931) |
| 2 | rhoyer@hoyerlaw.com |
| | Ryan L. Hicks (SBN 260284) |
| 3 | rhicks@hoyerlaw.com |
| | Nicole B. Gage (SBN 318005) |
| 4 | ngage@hoyerlaw.com |
| | 4 Embarcadero Center, Suite 1400 |
| 5 | San Francisco, CA 94111 |
| | *tel* (415) 766-3539 |
| 6 | *fax* (415) 276-1738 |
| 7 | UNITED EMPLOYEES LAW GROUP, PC |
| | Walter Haines (SBN 71075) |
| 8 | walter@whaines.com |
| | 5500 Bolsa Avenue, Suite 201 |
| 9 | Huntington Beach, CA 92649 |
| | *tel* (562) 256-1047 |
| 10 | fax (562) 256-1006 |
| 11 | Attorneys for Plaintiffs |
| | STEVEN VILLARREAL, AGUSTIN BENITEZ, and CARLOS MORALES |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUSTIN BENITEZ, CARLOS MORALES, and STEVEN VILLARREAL, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> WESTERN MILLING, LLC and KRUSE INVESTMENT COMPANY, INC., <br><br> Defendants. | Case No. 1:18-cv-01484-SKO <br><br> CLASS ACTION <br><br> **STIPULATION AND ORDER RE. FIRST AMENDED COMPLAINT AND ANSWER** <br><br> **(Doc. 27)** |

Plaintiffs STEVEN VILLARREAL, AGUSTIN BENITEZ, and CARLOS MORALES collectively, "Plaintiffs") and Defendants WESTERN MILLING, LLC and KRUSE INVESTMENT COMPANY, INC. (collectively "Defendants") hereby stipulate and agree as

STIPULATION AND ORDER 1

follows:

1. The parties in this action and a related arbitration—*Villarreal v. Perfection Pet Foods, LLC,* JAMS Ref. No. 1100087703—have reached a proposed global resolution of both matters;

2. The Court held a teleconference on September 10, 2019, at which it instructed the parties that it would oversee any proposed settlement of the claims in this action;

3. In order to bring all of the claims asserted in this matter and the *Villarreal* arbitration before this Court for purposes of approval of the proposed global settlement of all claims, Perfection Pet Foods, LLC ("PPF") has agreed to waive its right to proceed in arbitration so that it can be added as a Defendant in this action for the purposes of settlement.

4. The parties in this action similarly agree that Plaintiffs' claims against PPF should be asserted in this action for the purposes of settlement, and agree that Plaintiffs may file their First Amended Complaint against Defendants and PPF asserting all claims against those entities. The proposed Amended Complaint is attached hereto as Exhibit 1.

IT IS SO STIPULATED.

Pursuant to Civil Local Rule 131(e), concurrence in the filing of this document has been obtained from Ian Wieland, counsel for Defendants, on September 11, 2019.

Respectfully submitted,

Date: September 17, 2019　　　　　　　　　**HOYER & HICKS**

/s/ Ryan L. Hicks
Richard A. Hoyer
Ryan L. Hicks
Nicole B. Gage
*Attorneys for Plaintiffs Steven Villarreal, Agustin Benitez, and Carlos Morales*

Date: September 17, 2019    **SAGASER, WATKINS & WIELAND PC**

/s/ Ian B. Wieland (auth. on 9/17/19)
Howard A. Sagaser
Ian B. Wieland
Christopher M. Rusca
*Attorneys for Defendants,*
WESTERN MILLING, LLC and KRUSE
INVESTMENT COMPANY, INC.

## **ORDER**

Based on the parties' above stipulation (Doc. 27) and good cause appearing therefor, within two days of the date of this Order, Plaintiffs shall file an Amended Complaint conforming to the proposed amended complaint filed as an exhibit to the parties' Stipulation.

IT IS SO ORDERED.

Dated:  **September 18, 2019**            /s/ *Sheila K. Oberto*
                                 UNITED STATES MAGISTRATE JUDGE