HOYER & HICKS
Richard A. Hoyer (SBN 151931)
rhoyer@hoyerlaw.com
Ryan L. Hicks (SBN 260284)
rhicks@hoyerlaw.com
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
*tel* (415) 766-3539
*fax* (415) 276-1738

UNITED EMPLOYEES LAW GROUP, PC
Walter Haines (SBN 71075)
walter@whaines.com
5500 Bolsa Avenue, Suite 201
Huntington Beach, CA 92649
*tel* (562) 256-1047
*fax* (562) 256-1006

Attorneys for Plaintiffs
AGUSTIN BENITEZ, CARLOS MORALES,
and STEVEN VILLARREAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUSTIN BENITEZ, CARLOS MORALES, and STEVEN VILLARREAL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTERN MILLING, LLC and KRUSE INVESTMENT COMPANY, INC., and PERFECTION PET FOODS, LLC,<br><br>Defendants. | Case No.  1:18-cv-01484-SKO<br><br>**DECLARATION OF WALTER HAINES SUPPORTING UNOPPOSED MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARD**<br><br>Date:        May 20, 2020<br>Time:        9:30 a.m.<br>Courtroom:  #7<br>Judge:       Mag. J. Shelia K. Oberto |

I, Walter Haines, declare as follows:

1. I am an attorney licensed to practice law in the State of California and before this Court. My law firm, United Employees Law Group, PC ("UELG"), is co-counsel of record for Plaintiffs Agustin Benitez, Carlos Morales, and Steven Villarreal (collectively the "Plaintiffs") along with the law firm of Hoyer & Hicks. I have personal knowledge of the

1  matters stated herein and if called and sworn as a witness, I could and would competently testify under oath thereto.

2.   My firm is highly experienced in actions of this nature.  I have been practicing law over 40 years and I am highly experienced in actions of this nature.  I am the most senior attorney in my firm, UELG, and worked on the litigation of this matter since it the claims were initially filed in the first federal action in November 2016, through the corresponding mediation, and continuing in this case when the initial complaint in this action was initially filed in this Court on October 25, 2018.  I formed UELG in 2005, primarily to represent employees in their wage claims.  I have represented over 1,500 clients in wage and hour disputes of which more than 300 cases were class actions with settlements totaling over $400,000,000.  These complex class action cases include Fortune 500 companies such as Pepsi, Intel, Home Depot, Kaiser and Wells Fargo, Bank of America, Cisco Systems, First American Title Co., Yahoo!, WellPoint, Inc., Sun Microsystems, and Kaiser Foundation Hospitals.

3.   When this case was originally filed it was "inescapably contingent."  Further, the result was by no means guaranteed.  Effective prosecution of this case was founded upon the risky contingent investment of time and expense by my firm.

4.   United Employees Law Group has participated in this litigation and has performed work on behalf of Plaintiffs since the inception of this litigation.  The hours submitted with this declaration are solely for work performed on behalf of the class alleged in the above-entitled California action and not any other state or federal matter.

5.   I performed, among other things: the following tasks related to this matter: analyzed initial client's claims; performed initial investigation inclusive of research necessary for case evaluation and searched court records relative to possible competing cases.  I consulted with co-counsel as to issues relating to the prosecution of this case. I also attended a full-day mediation, and participated in all aspects of the settlement including reviewing all settlement papers along with orders from the court, law and motion papers, and assisted with client liaison and other tasks assigned by lead counsel.

6. The hourly rate for my time is $675 per hour which is my usual and customary hourly rate charged for my services in similar complex class actions.

7. The total number of hours spent by me on this litigation is 38.80 hours through April 15, 2020 for the tasks discussed immediately above.

8. My total lodestar amount through April 15, 2020 is $26,190.00. The hours billed are broken down as follows:

Intake and client signup 6.50

Co-counsel discussions 2.80

Review docs 12.80

Prep for and attend mediation 14.00

Review and edit MOU, settlement agreement and prelim approval 1.50

Oversee admin and review and edit final approval 1.2

Total 58.00 @   $675 = $26,190.00

9. No charges have been included for paralegal or staff time spent on this matter.

10. My out of pocket expenses for court fees are $18.10. These fees are paid to various court to obtain records in order to determine if there is a similar case already on file in any court. This is done to help us avoid top filling on a case already filed. My out of pocket expenses for postage are $3.77 and $331.92 for travel. Total out of pocket expenses are $353.79.

11. On May 16, 2018, in Los Angeles, California, the parties attended and participated in good faith, arms' length settlement discussions at mediation sessions with Paul Grossman, Esq., of Paul Hastings LLP, a highly experienced professional mediator, after which they agreed to settlement terms which are encompassed in and superseded by this Settlement. In advance of the mediation, and before agreeing to the terms of the Settlement, the Parties engaged in informal discovery. Plaintiffs also provided their confidential mediation brief and prepared liability exposure estimates based on information furnished by Defendants.

12. I believe that the Settlement is fair, adequate, and reasonable. The Settlement provides substantial monetary benefits to Settlement Class Members and is a product of diligent efforts of Class Counsel to obtain the best possible results for Class Members. This settlement was reached following thorough legal and factual research and analysis, thorough review of the necessary data relative to the claims in the action, arms-length settlement negotiations aided by an expert mediator, and thorough investigation of the underlying facts and review of records. The settlement negotiations were, at all times, adversarial and non-collusive in nature. The proposed Settlement is well-within the range of reasonableness and Class Members have supported the settlement.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and is based upon my own personal knowledge. Executed in Los Angeles, California on April 15, 2020.

_/s/ Walter Haines_
WALTER HAINES